UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

CHAD POWELL, )
 )
    *Plaintiff*, )
 )
v. ) No. 2:14-cv-47-TWP
 )
RONNIE LAWSON and BUTCH )
GALLION, )
 )
    *Defendants*. )

## JUDGMENT

In accordance with the accompanying memorandum, this *pro se* prisoner's civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED without prejudice** for failure to prosecute. Fed. R. Civ. P. 41(b).

    **ENTER:**

                                                                       s/ Thomas W. Phillips
                                            SENIOR UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
CLERK OF COURT